IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GREGORY M. SMALL                                                                         PETITIONER

vs.                             Civil Case No. 5:08CV00273 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                                                    RESPONDENT

## ORDER

Petitioner is hereby informed of his opportunity to reply within thirty days to Respondent's Motion to Dismiss (DE #11), in which he argues the petition should be dismissed as untimely. Petitioner may reply to any other argument raised in the motion.

SO ORDERED this 5th day of January, 2009.

_____
UNITED STATES MAGISTRATE JUDGE